# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA LOWE, | ) | CASE NO. 1: 08 CV 1339 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| CUYAHOGA COUNTY BOARD OF | ) | JUDGMENT |
| COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the Motion for Summary Judgment On All Coverage Issues filed by Defendant and Third-Party Plaintiff Cuyahoga County Commissioners and their respective employees (collectively "the County") against Third-Party Defendant State Automobile Mutual Insurance Company ("State Auto") (ECF # 165) is GRANTED, and State Auto's Cross-Motion for Summary Judgment Upon All Coverage Issues (ECF # 172) is DENIED.

IT IS SO ORDERED.

_s/ Donald C. Nugent_
DONALD C. NUGENT
United States District Judge

DATED: February 9, 2011