**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CUYAHOGA COUNTY, *et al.*, ) | |
| ) | CASE NO. 1:08-cv-01339 |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| STATE AUTOMOBILE MUTUAL ) | |
| INSURANCE COMPANY, ) | **JUDGMENT ENTRY** |
| ) | |
| Third Party Defendants. ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, judgment is entered in favor of Third Party Defendant State Automobile Mutual Insurance Company. Each party shall bear its own costs.

IT IS SO ORDERED.

/s/ Greg White
U.S. Magistrate Judge

Date: October 25, 2012